UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JAMES G. KANAVAS,**
        **Plaintiff,**

v.                                          Case No. 14-C-0915

**STRYKER CORPORATION, et al.,**
        **Defendants.**

---

## ORDER

On September 29, 2014, defendant Stryker Corporation filed a motion to dismiss the plaintiff's claims against it. Under the local rules of this court, the plaintiff's response to the motion was due within 21 days. See Civil L.R. 7(b) (E.D. Wis. 2010). That time has expired, yet the plaintiff has not filed a response. The plaintiff is hereby advised that unless he responds to the motion on or before **November 12, 2014**, the court will consider the motion unopposed and will grant it. See Civil L.R. 7(d) ("Failure to file a memorandum in opposition to a motion is sufficient cause for the Court to grant the motion.").

Dated at Milwaukee, Wisconsin, this 31st day of October, 2014.

        /s Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge